**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>SEAN HEILWEIL, and JARRETT LUSSO, d/b/a "BOOSTGRAM",<br><br>Defendants. | CASE NO.: 3:20-CV-07345-SK<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Civil L. R. 6-1(a), Plaintiffs Facebook, Inc. and Instagram, LLC, and Defendants Sean Heilweil and Jarrett Lusso, stipulate as follows: |

Pursuant to Civil L. R. 6-1(a), Plaintiffs Facebook, Inc. and Instagram, LLC, and Defendants Sean Heilweil and Jarrett Lusso, stipulate as follows:

Plaintiffs filed the Complaint in this action on October 20, 2020.

Plaintiffs served Defendant Jarrett Lusso on October 29, 2020. Accordingly, his deadline to respond to Plaintiffs' Complaint is November 19, 2020.

Plaintiffs served Defendant Sean Heilweil on November 3, 2020. Accordingly, his deadline to respond to Plaintiffs' Complaint is November 24, 2020.

Defendants have yet to retain local counsel in California and accordingly have requested an extension of time to respond to Plaintiffs' Complaint and to explore whether an early resolution with Plaintiffs is possible.

Plaintiffs, therefore, have agreed to extend the deadline for both Defendants to respond to the Complaint until December 21, 2020, and, as a courtesy, to file this Stipulation on Defendants' behalf.

IT IS SO STIPULATED.

Dated: November 12, 2020

**HUNTON ANDREWS KURTH LLP**

By: */s/ Jeff R. R. Nelson*
   Ann Marie Mortimer
   Jason J. Kim
   Jeff R. R. Nelson
Attorneys for Plaintiffs
FACEBOOK, INC. and
INSTAGRAM, LLC

Platform Enforcement and Litigation  
Facebook, Inc.  
   Jessica Romero  
   Michael Chmelar  
   V. RaShawn Woodley

Dated:  November  11 , 2020

By: *[signature]*
SEAN HEILWEIL
Defendant *In Pro Per*

Dated:  November  11 , 2020

By: *[signature]*
JARRETT LUSSO
Defendant *In Pro Per*

## ATTESTATION

I, Jeff R. R. Nelson, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendants Sean Heilweil and Jarrett Lusso have both concurred in this filing.

Dated:  November 12, 2020          /s/ *Jeff R. R. Nelson*
Jeff R. R. Nelson