**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Jason J. Kim (State Bar No. 221476)
kimj@HuntonAK.com
Jeff R. R. Nelson (State Bar No. 301546)
jnelson@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Plaintiffs
FACEBOOK, INC. and INSTAGRAM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation and INSTAGRAM, LLC, a Delaware limited liability company,<br><br>   Plaintiffs,<br><br>  v.<br><br>SEAN HEILWEIL, and JARRETT LUSSO, d/b/a "BOOSTGRAM",<br><br>   Defendants. | CASE NO.:  3:20-CV-07345-SK<br><br>**STIPULATION AND ORDER REGARDING PERMANENT INJUNCTION AND DISMISSAL** |

**WHEREAS**, Plaintiffs Facebook, Inc. and Instagram, LLC ("Plaintiffs" or "Facebook") claim Defendants Sean Heilweil and Jarrett Lusso ("Defendants") operated an unlawful business using the website boostgram.com to target Plaintiffs and their users.  In particular, Facebook claims Defendants violated Instagram's Terms of Use, Community Guidelines, and Platform Policy, and state and federal laws, by artificially inflating the "likes" and "followers" of Instagram accounts, and promoting their fake engagement service using a diluting domain name.

**WHEREAS,** Facebook previously revoked Defendants' access to Facebook and Instagram, and sent cease and desist letters in May 2017 and August 2019.

**WHEREAS**, on October 20, 2020, Plaintiffs filed a lawsuit seeking injunctive and monetary relief against Defendants in the United States District Court for the Northern District of California titled, *Facebook, Inc. and Instagram, LLC v. Sean Heilweil, and Jarrett Lusso, d/b/a "Boostgram,"* Case No. 3:20-CV-07345-SK (the "Action").

**WHEREAS**, the parties have agreed to resolve this action, and part of that resolution includes the entry of this Stipulated Permanent Injunction.

**NOW, THEREFORE**, the parties stipulate and agree as follows:

### STIPULATED PERMANENT INJUNCTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the parties, that:

1. Defendants shall notify all their current and future employers, employees and agents of the existence of this Injunction and provide a copy of this Injunction to all current and future employers, employees and agents.

2. Defendants and, with the exception of the attorneys representing Defendants in this case, all other individuals acting on Defendants' behalf who are described in Federal Rule of Civil Procedure 65(d)(2), including but not limited to Cache Ventures, LLC (collectively, the "Prohibited Parties"), are immediately and permanently ordered and enjoined as follows:

   a. The Prohibited Parties are immediately and permanently enjoined from accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, the Facebook and Instagram platforms for any reason.

   b. The Prohibited Parties are immediately and permanently enjoined from engaging in or assisting others with any software or malicious code that interacts with Facebook's or Instagram's platforms and computer networks, including but not limited to any software or malicious code that generates "likes," "followers," or automates the actions of Instagram accounts.

   c. The Prohibited Parties are immediately and permanently enjoined from logging into, managing, manipulating, operating, or otherwise taking action on behalf of, any Facebook or Instagram account of any Facebook or Instagram user, whether directly or indirectly through a third party, intermediary, or proxy.

3. The Court will retain continuing jurisdiction to enforce the terms of this Stipulated Permanent Injunction and to address any other matters arising out of or regarding this Stipulated Permanent Injunction, including any allegations that the parties have failed to comply with their obligations as set forth in this Stipulated Permanent Injunction, and the parties agree to submit to the Court's jurisdiction for those purposes.

4. The rights and obligations under this Stipulated Permanent Injunction shall benefit, and be binding upon, each of the parties and their respective affiliates, predecessors, successors, and assigns.

# DISMISSAL

Facebook's claims against Defendants are hereby dismissed with prejudice against the Defendants, except the Court retains jurisdiction to enforce this Stipulated Permanent Injunction and Dismissal.  Each party bears its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 1, 2021                                         **HUNTON ANDREWS KURTH LLP**

By:  _/s/_____
    Ann Marie Mortimer
    Jason J. Kim
    Jeff R. R. Nelson
    Attorneys for Plaintiffs
    FACEBOOK, INC. and
    INSTAGRAM, LLC

Dated:  June 1, 2021                                         **JOHAL & MOHIUDDIN, LLP**

By:  _/s/  Sharan Kaur Johal_
    Sharan Kaur Johal
    Attorney for Defendants
    SEAN HEILWEIL and JARRETT LUSSO

### Signature Attestation Pursuant to Local Rule 5-1(i)(3)

I, Jeff R. R. Nelson, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  June 1, 2021

By:  _/s/ Jeff R. R. Nelson_
    Jeff R. R. Nelson

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  June 2, 2021            By:  _[signature]_
                                     SALLIE KIM
                                     United States Magistrate Judge